**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**By ECF**

September 29, 2025

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Martinez, et al.*
        S2 25 Cr. 41(DLC)

Dear Judge Cote:

    I represent Jerwin Valero-Calderon pursuant to the Criminal Justice Act. I write to request permission that an interpreter be assigned to translate the second superseding indictment in this case. Jose Carlos Venant advised that he believes a translation for the 43 page indictment would be approximately $7500.

    There are 10 Spanish speaking defendants in this case and each defendant is represented by attorneys pursuant to the Criminal Justice Act. If your Honor approves this request each defendant will receive a translation of this indictment.

    I request that your Honor assign Mr. Venant for the translation.

    Thank you for your consideration of this request.

                                      Respectfully yours,
                                      /s/
                                    Thomas F.X. Dunn

Cc: All Counsel
    (by ECF)

Granted.
Denise Cote
9/29/25