THOMAS F. X. DUNN<br>
ATTORNEY AT LAW<br>
20 Vesey Street<br>
Suite 400<br>
New York, New York 10007<br>
Tel: 212-941-9940<br>
Thomasdunnlaw@aol.com

**By ECF**

October 20, 2025

Honorable Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

    Re: *United States v. Jarwin Valero-Calderon,*
        25 Cr. 41 (DLC))

Dear Judge Cote:

    I represent Jarwin Valero-Calderon. I write to request that I be excused from the conference scheduled for Wednesday September 22nd. I make this request due to a personal matter which prevents my appearance. I discussed this issue with Mr. Valero-Calderon at the MDC this evening. I advised Mr. Valero-Calderon that Mr. Matthew Kluger, who represents Eferson Morillo-Gomez, will stand up for him at the conference. Mr. Valero-Calderon consents to Mr. Kluger standing up and representing him at the conference.

    Thank you for your consideration of this request.

                                                                 Respectfully yours,
                                                                 /s/
                                                                 Thomas F.X. Dunn

Cc: All Counsel
     (by ECF)

*Approved.*

*Denise Cote*
*10/21/25*