**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By ECF**

October 21, 2025

Honorable Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

    Re: *United States v. Jarwin Valero-Calderon,*
       ~~23-Cr.-297 (FB)~~ 25 Cr.41 (DCC)

Dear Judge Cote:

    I represent Jarwin Valero-Calderon pursuant to the Criminal Justice Act. The discovery in this case is voluminous, and a significant number of hours have been expended in discovery review. Considering the hours expended to date and the expected hours that will be required in the future, I request permission to submit interim vouchers in this case.

    Thank you for your consideration of this request.

                                                   Respectfully yours,
                                                   /s/
                                                   Thomas F.X. Dunn

*Granted.*

*Denise Cote*
*10/21/25*