UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
                        :

UNITED STATES OF AMERICA      :

                       :          S2 25cr41(DLC)

          -v-             :

                       :

JARWIN VALERO-CALDERON,     :

                       :          ORDER

                Defendant.   :

                       :

---------------------------------------X

DENISE COTE, District Judge:

    Should the defendants wish to enter a change of plea on May 26, 2026 at 3:30 PM, it is hereby

    ORDERED that the change of plea proceeding shall take place in Courtroom 110, 40 Foley Square, New York, NY in front of the Honorable Paul G. Gardephe.

Dated:    New York, New York
          May 22, 2026

                                  _____
                                    DENISE COTE
                    United States District Judge