UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
    UNITED STATES OF AMERICA             :
                                         :        S2 25cr41-3(DLC)
            -v-                          :
                                         :
    JARWIN VALERO-CALDERON,              :
                                         :                ORDER
                    Defendant.           :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

    The defendant having plead guilty on May 26, 2026 in front

of the Honorable Paul G. Gardephe, it is hereby

    ORDERED that the sentencing is scheduled for September 18,

2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that defense submissions shall be due

**September 3,** and the Government's response shall be due

**September 11.**  One courtesy copy shall be sent to Chambers on

the date of filing.

Dated:    New York, New York
          June 8, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge