**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

**By ECF**

August 12, 2026

Honorable Denise L. Cote
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Jarwin Valero-Calderon*
25 Cr. 41 (DLC)

Dear Judge Cote:

I represent Jarwin Valero-Calderon. I write to request an adjournment of the sentence in this case scheduled for September 18th[th]. I intended to seek the appointment of a mitigation specialist, but I failed to make that application. This was a failure on my part and have no excuse to offer to Your Honor.

I believe that it is in my client's best interest to have a mitigation specialist appointed to the case. I believe because of other assignments for the mitigation specialist a mitigation report and investigation could be completed by October 5[th] and believe I could submit my sentencing letter by October 12[th].

Because of the importance of developing mitigation issues pertaining to my client, I request an adjournment of the sentence until the week of October 26[th] or thereafter to a date convenient for the Court. Assistant U.S. Attorney Kathyrn Wheelock advised that she has no objection to this request.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Kathyrn Wheelock, Esq.
Assistant U.S. Attorney
(By ECF )

The defendant pleaded guilty on 5/26/26. On June 8, sentence was scheduled for 9/18. This application is denied without prejudice to a showing of the particular circumstances requiring a specialist. In the normal course, all relevant mitigating facts are developed by defense counsel and the Probation Department.

Denise Cote
8/13/26